## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

|  |  |  |
|---|---|---|
| MICHAEL PAUL NELSON | ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | **Civil Action No.** |
| Rockingham County, Sheriff Samuel Scott Page, Rockingham County Detention Center, Town of Madison, Officer Keith Benfield, MPD, Officer Matthew Michael, MPD | ) ) ) ) ) ) | **4:23-cv-00704-JD-KDW** |
| *Defendants.* | ) ) ) ) | |

## PLAINTIFF'S PROOF OF SERVICE

**NOW COMES** Plaintiff, Michael Paul Nelson, by and through his undersigned counsel, and files this Notice of proof of service of the originally filed Complaint on the named Defendants: Rockingham County, Rockingham County Sheriff Samuel Scott Page, Rockingham County Detention Center through its Jailers, the Town of Madison, Officer Keith Benfield of the Madison Police Department (MPD), and Officer Matthew Michael of the MPD. The Summons and Proof of Service for each Defendant is attached to this document.

1

Respectfully submitted this 22ˢᵗ day of May 2023.


s/ William Simmons
William Simmons
SC BAR: 15882
Federal: 10814
**Counsel for Plaintiff**
P.O. Box 1560
Lenoir, NC 28645
Phone: (864) 430 − 9371
william@simmonspatents.com

## CERTIFICATE OF SERVICE

I hereby certify that on **22 May 2023**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


Dated: 22 May 2023                 Respectfully Submitted,


/s/ William Monty Simmons
**William Monty Simmons**
P.O. Box 1560
Lenoir, N.C. 28645
Phone: (864) 430-9371
william@simmonspatents.com
SC BAR 15,882
FEDERAL BAR: 10,814