AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

MICHAEL PAUL NELSON )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 4:23-CV-704-JD-KDW
)
Rockingham County, Magistrate Carter, Sheriff )
Samuel Scott Page, Rockingham County Detention )
Center, City of Madison, Officer Keith Benefield, )
MPD, Officer Matthew Michael, MPD )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Keith Benefield
Madison Police Department
310 Carter Street
Madison, NC  27025

[RECEIVED SHERIFF'S OFFICE 2023 APR 17 PM 2:36 ROCKINGHAM COUNTY WENTWORTH, NC]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Simmons
P.O. Box 1560
Lenoir, NC 28645
william@simmonspatents.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: February 22, 2023



s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*



$50
cred. Atty



**OFFICE OF THE**
**SHERIFF OF ROCKINGHAM COUNTY**
*Sam S. Page, Sheriff*

Physical Address:
Law Enforcement Center
170 NC 65 Reidsville, NC 27320

Mailing Address:
P.O. Box 128 Wentworth, NC 27375

| | |
|---|---|
| Non-Emergency | (336) 634-3232 |
| Records | (336) 634-3235 |
| Detectives | (336) 634-3238 |
| Administration | (336) 634-3239 |
| Animal Control | (336) 634-3300 |
| Jail | (336) 634-3236 |
| Fax | (336) 634-3064 |
| Public Information | (336) 634-3065 |

rockinghamsheriff.com

6/15/23

336-339-6023

State of North Carolina
Rockingham County

AFFIDAVIT OF SERVICE

93794
23-01782

Case No.: 4:23-CV-00704-JD-KDW

Michael Paul Nelson vs. Officer Keith Benfield

I, J. Lamberth, Deputy Sheriff of Rockingham County, NC, certify that this Summons was received and served as follows:

Defendant: Officer Keith Benfield    Date Served: 4-27-23

✓ By delivering to the defendant named above a copy of the aforementioned paper.

___ By leaving a copy of the aforementioned paper at the dwelling house or usual place of abode with a person of suitable age and discretion residing therein. Name of person with whom copy left: _____

___ As the defendant is a corporation, service was effected by delivering a copy of the aforementioned paper to the following person: _____
Address: _____
Title: _____

___ Defendant was not served for the following reason: _____

___ Plaintiff recalled paper. Reason: _____

SS PAGE / [signature]                    4-27-23
Deputy Sheriff                            Date

| SERVICE ATTEMPTED | | |
|---|---|---|
| DATE | TIME | OFFICER |
| 4-25 | 2M7C | ~ |

I, Kelsey Overby, a Notary Public, do hereby certify that J. Lamberth personally appeared before me this day acknowledging to me he or she signed the foregoing document.

This the 27th day of April 20 23.

[signature]
Notary Public

Printed Name: Kelsey Overby
My Commission Expires: 11/15/2026


(Official Seal - Kelsey Overby, Notary Public, Rockingham County, NC)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| MICHAEL PAUL NELSON <br><br> *Plaintiff(s)* <br> v. <br> Rockingham County, Magistrate Carter, Sheriff Samuel Scott Page, Rockingham County Detention Center, City of Madison, Officer Keith Benefield, MPD, Officer Matthew Michael, MPD <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:23-CV-704-JD-KDW |

RECEIVED SHERIFF'S OFFICE ROCKINGHAM COUNTY WENTWORTH, NC 2023 APR 17 PM 2:37

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Matthew Michael
Madison Police Department
310 Carter Street
Madison, NC 27025.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Simmons
P.O. Box 1560
Lenoir, NC 28645
william@simmonspatents.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: February 22, 2023



s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*





**OFFICE OF THE**
**SHERIFF OF ROCKINGHAM COUNTY**
*Sam S. Page, Sheriff*

Physical Address:
Law Enforcement Center
170 NC 65 Reidsville, NC 27320

Mailing Address:
P.O. Box 128 Wentworth, NC 27375

| | |
|---|---|
| Non-Emergency | (336) 634-3232 |
| Records | (336) 634-3235 |
| Detectives | (336) 634-3238 |
| Administration | (336) 634-3239 |
| Animal Control | (336) 634-3300 |
| Jail | (336) 634-3236 |
| Fax | (336) 634-3064 |
| Public Information | (336) 634-3065 |

rockinghamsheriff.com

State of North Carolina
Rockingham County

**AFFIDAVIT OF SERVICE**

Case No.: 4:23-CV-00704-JD-KDW

Michael Paul Nelson vs. Officer Matthew Michael

I, Captain Shane Bullins, Deputy Sheriff of Rockingham County, NC, certify that this Summons was received and served as follows:

Defendant: Officer Matthew Michael  Date Served: April 24, 2023

✓ By delivering to the defendant named above a copy of the aforementioned paper.

___ By leaving a copy of the aforementioned paper at the dwelling house or usual place of abode with a person of suitable age and discretion residing therein. Name of person with whom copy left: _____

___ As the defendant is a corporation, service was effected by delivering a copy of the aforementioned paper to the following person: _____
Address: _____
Title: _____

___ Defendant was not served for the following reason: _____

___ Plaintiff recalled paper. Reason: _____

Shane Bullins                             4/25/23
Deputy Sheriff                            Date

| SERVICE ATTEMPTED | | |
|---|---|---|
| DATE | TIME | OFFICER |
| | | |

I, Dana P Robertson, a Notary Public, do hereby certify that Captain Shane Bullins personally appeared before me this day acknowledging to me he or she signed the foregoing document.

This the 25th day of April 20 23.

Dana P Robertson
Notary Public

Printed Name: Dana P Robertson
My Commission Expires: 9-11-26

(Official Seal)
DANA P. ROBERTSON
NOTARY PUBLIC
ROCKINGHAM COUNTY, N.C.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-704-JD-KDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Matthew Michael__
was received by me on *(date)* __4/17/23__.

☒ I personally served the summons on the individual at *(place)* __Rockingham County Sheriffs Office 130 Justice Drive - Reidsville, NC__ on *(date)* __4/24/23__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4/24/23__

__Shane Bullins__
Server's signature

__Shane Bullins — Captain__
Printed name and title

__130 Justice Drive - Reidsville, NC__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

MICHAEL PAUL NELSON

*Plaintiff(s)*

v.

Rockingham County, Magistrate Carter, Sheriff Samuel Scott Page, Rockingham County Detention Center, City of Madison, Officer Keith Benefield, MPD, Officer Matthew Michael, MPD

*Defendant(s)*

Civil Action No. 4:23-CV-704-JD-KDW



## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ~~Mayor William Phillips~~ KEVIN BAUGHN TOWN MANANGER
City of Madison
Madison Town Hall
120 N. Market Street
Madison, NC 27025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Simmons
P.O. Box 1560
Lenoir, NC 28645
william@simmonspatents.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: February 22, 2023

s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*



150.⁰⁰ cc
10

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-704-JD-KDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KEVIN BOYKIN
was received by me on *(date)* 4-17-23 .

☒ I personally served the summons on the individual at *(place)* EAGLE EXPRESS BS 220
____ on *(date)* 4-27-23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____
____, a person of suitable age and discretion who resides there,
on *(date)* ____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____, who is
designated by law to accept service of process on behalf of *(name of organization)* ____
on *(date)* ____ ; or

☐ I returned the summons unexecuted because ____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4.27.23

SSP REV
_____
Server's signature

J LAMBERT MASTER DEPUTY
_____
Printed name and title

170 JUSTRY CEMEN DR
_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-704-JD-KDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **KEVIN BAUGH**

was received by me on *(date)* **4-17-23** .

☒ I personally served the summons on the individual at *(place)* **MADISON TOWN HALL**
_____ on *(date)* **4.18-23** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  **0.00** .

I declare under penalty of perjury that this information is true.

Date: **4-18-23**

_____SSPA_____ [signature]
Server's signature

**J LAMBSON        MASTER DEPUTY**
Printed name and title

**130 JUSTICE COMM DR**
Server's address

Additional information regarding attempted service, etc:

6/18/23



### OFFICE OF THE
### SHERIFF OF ROCKINGHAM COUNTY
#### Sam S. Page, Sheriff

Physical Address:
Law Enforcement Center
170 NC 65 Reidsville, NC 27320

Mailing Address:
P.O. Box 128 Wentworth, NC 27375

| | |
|---|---|
| Non-Emergency | (336) 634-3232 |
| Records | (336) 634-3235 |
| Detectives | (336) 634-3238 |
| Administration | (336) 634-3239 |
| Animal Control | (336) 634-3300 |
| Jail | (336) 634-3236 |
| Fax | (336) 634-3064 |
| Public Information | (336) 634-3065 |

rockinghamsheriff.com

State of North Carolina
Rockingham County

**AFFIDAVIT OF SERVICE**

Case No.: 4:23-CV-00704-JD-KDW

Michael Paul Nelson vs. Kevin Baughn

93796
23-01782

I, J Lamberth, Deputy Sheriff of Rockingham County, NC, certify that this Summons was received and served as follows:

Defendant: Kevin Baughn     Date Served: 4-18-23

✓ By delivering to the defendant named above a copy of the aforementioned paper.

___ By leaving a copy of the aforementioned paper at the dwelling house or usual place of abode with a person of suitable age and discretion residing therein. Name of person with whom copy left: _____

___ As the defendant is a corporation, service was effected by delivering a copy of the aforementioned paper to the following person: _____
Address: _____
Title: _____

___ Defendant was not served for the following reason: _____

___ Plaintiff recalled paper. Reason: _____

SSP/L Lamberth     4.18.23
Deputy Sheriff     Date

I, Kristina Maness, a Notary Public, do hereby certify that James Lamberth personally appeared before me this day acknowledging to me he or she signed the foregoing document.

This the 18th day of April 2023

Notary Public

Printed Name: Kristina Maness
My Commission Expires: 3/18/2028

(Official Seal)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

MICHAEL PAUL NELSON )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 4:23-CV-704-JD-KDW
)
Rockingham County, Magistrate Carter, Sheriff )
Samuel Scott Page, Rockingham County Detention )
Center, City of Madison, Officer Keith Benefield, )
MPD, Officer Matthew Michael, MPD )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mayor William Phillips
City of Madison
Madison Town Hall
120 N. Market Street
Madison, NC  27025

RECEIVED SHERIFF'S OFFICE 2023 APR 17 PM 2:36 ROCKINGHAM COUNTY WENTWORTH, NC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Simmons
P.O. Box 1560
Lenoir, NC 28645
william@simmonspatents.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: February 22, 2023



s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-704-JD-KDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MAYOR WILLIAM PHILLIPS
was received by me on *(date)* 4-17-23 .

☒ I personally served the summons on the individual at *(place)* MADISON TOWN HALL
_____ on *(date)* 4-19-23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-19-23

SSPXX [signature]
*Server's signature*

J LAMBERTK
*Printed name and title*

176 SUSPEN COVE DR
*Server's address*

Additional information regarding attempted service, etc:



## OFFICE OF THE
## SHERIFF OF ROCKINGHAM COUNTY
### *Sam S. Page, Sheriff*

Physical Address:
Law Enforcement Center
170 NC 65 Reidsville, NC 27320

Mailing Address:
P.O. Box 128 Wentworth, NC 27375

| | |
|---|---|
| Non-Emergency | (336) 634-3232 |
| Records | (336) 634-3235 |
| Detectives | (336) 634-3238 |
| Administration | (336) 634-3239 |
| Animal Control | (336) 634-3300 |
| Jail | (336) 634-3236 |
| Fax | (336) 634-3064 |
| Public Information | (336) 634-3065 |

rockinghamsheriff.com

State of North Carolina
Rockingham County

**AFFIDAVIT OF SERVICE**

Case No.: 4:23-CV-00704-JD-KDW

Michael Paul Nelson vs. Mayor William Phillips

93797
2301782

I, J Lamberth, Deputy Sheriff of Rockingham County, NC, certify that this Summons was received and served as follows:

Defendant: Mayor William Phillips  Date Served: 4-19-23

✓ By delivering to the defendant named above a copy of the aforementioned paper.

___ By leaving a copy of the aforementioned paper at the dwelling house or usual place of abode with a person of suitable age and discretion residing therein. Name of person with whom copy left: _____

___ As the defendant is a corporation, service was effected by delivering a copy of the aforementioned paper to the following person: _____
Address: _____
Title: _____

___ Defendant was not served for the following reason: _____

___ Plaintiff recalled paper. Reason: _____

| DATE | TIME | OFFICER |
|---|---|---|
| 4-18 | OUT OF TOWN | G |

S.S.P / [signature]
Deputy Sheriff     Date: 4-19-22

I, Kristina Maness, a Notary Public, do hereby certify that J Lamberth personally appeared before me this day acknowledging to me he or she signed the foregoing document.

This the 19th day of April 20 23

[signature]
Notary Public

Printed Name: Kristina Maness
My Commission Expires: 3/18/28

(Official Seal) KRISTINA MANESS NOTARY PUBLIC ROCKINGHAM COUNTY, NC

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| MICHAEL PAUL NELSON <br><br> *Plaintiff(s)* <br><br> v. <br><br> Rockingham County, Magistrate Carter, Sheriff Samuel Scott Page, Rockingham County Detention Center, City of Madison, Officer Keith Benefield, MPD, Officer Matthew Michael, MPD <br><br> *Defendant(s)* | Civil Action No. 4:23-CV-704-JD-KDW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rockingham County
Clyde B. Albright
371 NC Hwy 65
Reidsville, NC 27320

**Lance L. Metzler, County Manager**
371 NC Hwy 65
Reidsville, NC 27320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Simmons
P.O. Box 1560
Lenoir, NC 28645
william@simmonspatents.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: February 22, 2023



s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-704-JD-KDW

Britany

## PROOF OF SERVICE

Supervisor Mitzy

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Rockingham County__

was received by me on *(date)* __19 May 2023__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Lance L. Metzler, County Manager__, who is designated by law to accept service of process on behalf of *(name of organization)* __Rockingham County__ on *(date)* __19 May 2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __19 May 2023__

*Justin Peter Soritsmier*
Server's signature

__Justin Peter Soritsmier__
Printed name and title

3822 Country Club Rd Apt 6
Winston Salem, NC 27104
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-704-JD-KDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SHERIFF SAMUEL SCOTT PAGE
was received by me on *(date)* 19 MAY 2023.

☒ I personally served the summons on the individual at *(place)* ROCKINGHAM COUNTY JUSTICE CENTER
on *(date)* 19 MAY 2023; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 19 May 2023

*Server's signature*

Justin Peter Scritsmier
*Printed name and title*

3822 Country Club Rd.
Apt G
Winston Salem, NC 27104
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

MICHAEL PAUL NELSON )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 4:23-CV-704-JD-KDW
)
Rockingham County, Magistrate Carter, Sheriff )
Samuel Scott Page, Rockingham County Detention )
Center, City of Madison, Officer Keith Benefield, )
MPD, Officer Matthew Michael, MPD )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sheriff Samuel Page
Rockingham County
130 Justice Center Drive
Reidsville, NC 27320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Simmons
P.O. Box 1560
Lenoir, NC 28645
william@simmonspatents.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: February 22, 2023



s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-704-JD-KDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Sheriff Sam Page__
was received by me on *(date)* __May 19-2023__

☒ I personally served the summons on the individual at *(place)* __170 NC 65 Reidsville NC 27320. At The sheriffs office__ on *(date)* __5/19/23__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __N/A__ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __5/19/23__

_____
Server's signature

__Abner m Bullins__
Printed name and title

__Po Box 127 wentworth NC 27375__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| MICHAEL PAUL NELSON <br><br> *Plaintiff(s)* <br> v. <br> Rockingham County, Magistrate Carter, Sheriff Samuel Scott Page, Rockingham County Detention Center, City of Madison, Officer Keith Benefield, MPD, Officer Matthew Michael, MPD <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:23-CV-704-JD-KDW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sheriff Page
Rockingham County Detention Center
170 NC-65
Reidsville, NC 27320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William Simmons
P.O. Box 1560
Lenoir, NC 28645
william@simmonspatents.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*



Date: February 22, 2023

s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-704-JD-KDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROCKINGHAM COUNTY DETENTION CENTER
was received by me on *(date)* 19 MAY 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SHERIFF SAMUEL SCOTT PAGE, who is designated by law to accept service of process on behalf of *(name of organization)* ROCKINGHAM COUNTY DETENTION CENTER on *(date)* 19 MAY 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 19 May 2023

*Server's signature*

Justin Peter Scritsmier
*Printed name and title*

3822 Country Club Rd
Apt G
Winston Salem, NC 27104
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-704-JD-KDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rockingham County Detention Center
was received by me on *(date)* MAY 19 2023

☒ I personally served the summons on the individual at *(place)* Sheriff Sam Page at the Sheriffs office 170 Wcc6 Reidsville NC 27320 on *(date)* 5/19/23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ N/A for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5/19/23

*Server's signature*

Abner M Bullins Clerk of Superior court
*Printed name and title*

PO Box 127 Wentworth NC 27375
*Server's address*

Additional information regarding attempted service, etc: